JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com

Attorney for Defendant,
ALLSTATE FIRE & CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALYS EATON, an individual,<br><br>  Plaintiff<br><br>vs.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, an Illinois Company; ROE INSURANCE COMPANY, 1 through X, inclusive; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants | CASE NO.:  2:22-cv-01047-CDS-VCF |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(11)

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, ALYS EATON, and Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY by and through their respective counsel, and the parties hereby notify the Court, that the above-captioned matter has settled and this matter should be dismissed in its entirety with prejudice, including all claims that were or could have been asserted herein, with prejudice.  Each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

1

1  Trial in this case has not been scheduled.

2  RESPECTFULLY SUBMITTED this 5th day of ~~March~~ April, 2023.

3  PYATT SILVESTRI                          G. DALLAS HORTON & ASSOCIATES

/s/ James P. C. Silvestri                      /s/
JAMES P.C. SILVESTRI, ESQ.            DAVID L. THOMAS, ESQ.
701 Bridger Avenue, Suite 600           Nevada Bar No. 3172
Las Vegas, Nevada 89101                  4435 S. Eastern Avenue
jsilvestri@pyattsilvestri.com              Las Vegas, NV 89119
Attorney for Defendant,                    dthomas@gdallashorton.com
ALLSTATE FIRE & CASUALTY           Attorney for Plaintiff
INSURANCE COMPANY

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on the ____ day of January, 2023, I received concurrence from Plaintiff's counsel, David L. Thomas, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this ____ day of March, 2023.

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 10, 2023

2